IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES GILLIS,

    Plaintiff,

vs.

DR. BRIGHT, et al.,

    Defendants.

                                              /

No. C 14-0170 DMR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: May 15, 2014

                                                                 DONNA M. RYU
                                                                 United States Magistrate Judge